■ In the Matter of ALBINO PLASTINI, Appellant, v VIRGINIA AITCHISON, Also Known as VIRGINIA TUCKER, Respondent.—Order of the Family Court, Westchester County, dated November 29, 1978, affirmed, with costs, on the memorandum decision of Judge Coppola. Damiani, J. P., Titone, Cohalan and O'Connor, JJ., concur.